1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  DENNIS KEITH WILLIAMS,           )     No. CV 10-2302-RGK(CW)
                                      )
13                  Petitioner,       )
                                      )     JUDGMENT
14          v.                        )
                                      )
15  JUDGE CRAIG MITCHELL, et al.,     )
                                      )
16                  Respondent2,      )
    _____)
17

18

19      **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20  dismissed without prejudice.

21

22  DATE: April 28, 2010

23

24                                  _____
                                        R. GARY KLAUSNER
25                                  United States District Judge

26

27

28